**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KIMBLE, KIMBERLY G<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08B-01998 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 01/30/08. The Trustee was appointed on 01/30/08. An order for relief under Chapter 7 was entered on 01/30/08.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of 2/5/09 is as follows:

|     |                                      |                  |
|-----|--------------------------------------|------------------|
| a.  | RECEIPTS (See Exhibit C)             | $      25,471.93 |
| b.  | DISBURSEMENTS (See Exhibit C)        | $      17,541.58 |
| c.  | NET CASH available for distribution  | $       7,930.35 |
| d.  | TRUSTEE/PROFESSIONAL COSTS           |                  |

   1. Trustee compensation requested (See Exhibit E)    $  1,797.19
   2. Trustee Expenses (See Exhibit E)    $  0.00
   3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)    $  3,917.22
      $

5.   The Bar Date for filing unsecured claims expired on 01/20/09.

6.   All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

   a. Allowed unpaid secured claims    $  0.00

   b. Chapter 7 Administrative and 28 U.S.C. §1930 claims    $  5,714.41

   c. Allowed Chapter 11 Administrative Claims    $  0.00

   d. Allowed priority claims    $  0.00

   e. Allowed unsecured claims    $  19,579.18

7.   Trustee proposes that unsecured creditors receive a distribution of 11.32% of allowed claims.

8.   Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $3,917.22. The total of Chapter 7 professional fees and expenses requested for final allowance is $5,714.41. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.   A fee of $800.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:   2/5/09                                         RESPECTFULLY SUBMITTED,


                                                        By: /s/David Grochocinski
                                                            DAVID GROCHOCINSKI, TRUSTEE
                                                            1900 RAVINIA PLACE
                                                            ORLAND PARK, IL  60462
                                                            Telephone # (708) 226-2700

Case 08-01998    Doc 28    Filed 02/23/09    Entered 02/23/09 13:37:49    Desc Main
              Document      Page 4 of 17

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Kimberly Kimble

February 05, 2009

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2008 - | DEG | Review of schedules prior to 341 meeting | 0.80<br>375.00/hr | 300.00 |
| 3/24/2008 - | DEG | Prepared letter to Schachter regarding personal injury case; request copies of complaint etc.; retention of his services; etc. | 0.80<br>375.00/hr | 300.00 |
| 4/23/2008 - | DEG | Letter to Schachter; need response from March 24, 2008 letter | 0.20<br>375.00/hr | 75.00 |
| 5/1/2008 - | DEG | Receipt and review of letter from Schachter regarding case; will provide information requested | 0.20<br>375.00/hr | 75.00 |
| 6/6/2008 - | DEG | Letter from Schachter with signed delcaration, copy of fee contingency agreement; consent to referral; to employ as special counsel | 0.90<br>375.00/hr | 337.50 |
| 7/30/2008 - | DEG | Letter from Bublick stating settlement reached for $39,750.00 | 0.05<br>375.00/hr | 18.75 |
| 8/5/2008 - | DEG | Telephone conference with Bublick | 0.20<br>375.00/hr | 75.00 |
| 8/21/2008 - | DEG | Receipt and review of statement from public aid verifying the amounts that it has been paid | 0.80<br>375.00/hr | 300.00 |
| 9/3/2008 - | DEG | Receipt and review of fax from Schachter with letter from HFS accepting settlement of claim in the amount of $2,535.00 | 0.80<br>375.00/hr | 300.00 |



EXHIBIT A

Kimberly Kimble                                                                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/5/2008 - | DEG | Receipt and review of letter from Bruce Bublick regarding agreement to accept $2,535.00 in settlement of their claim | 0.50<br>375.00/hr | 187.50 |
| 9/29/2008 - | DEG | Prepared letter to Jerome Schachter with copy of order entered regarding settlement and compromise of personal injury proceeding; instruct how to make check payable, etc. | 0.80<br>375.00/hr | 300.00 |
| 10/17/2008 - | DEG | Prepared initial report of assets | 0.20<br>375.00/hr | 75.00 |
| - | DEG | Receipt and deposit of funds; open necessary accounts | 0.80<br>375.00/hr | 300.00 |
| 11/5/2008 - | DEG | Prepared check to debtor in the amount of $15,000 | 0.20<br>375.00/hr | 75.00 |
| 12/15/2008 - | DEG | Review of claims docket | 0.20<br>375.00/hr | 75.00 |
| 1/9/2009 - | DEG | Prepared letter and check to Illinois Dept. of Healthcare & Family Services; regarding payment of secured claim in full | 0.80<br>375.00/hr | 300.00 |
| 2/2/2009 - | DEG | Prepared final report | 2.60<br>375.00/hr | 975.00 |
|  |  | For professional services rendered | 10.85 | $4,068.75 |

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

|  |  |
|---|---|
| TOTAL RECEIPTS | $ 25,471.93 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 16,778.00 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KIMBLE, KIMBERLY G<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08B-01998 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 5,714.41 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 2,215.94 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 7,930.35 |

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| Secured Claims | | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | | $ 5,714.41 | 100.00% |
| **CLAIM NUMBER** | | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| ADMIN1 | | DAVID GROCHOCINSKI, TRUSTEE | 1,797.19 | 1,797.19 |
| ADMIN2 | | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 54.72 | 54.72 |
| ADMIN3 | | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3,862.50 | 3,862.50 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL | $ 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL | $ 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL | $ 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL | $ 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL | $ 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 19,579.18 | 11.32% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | CHASE BANK USA | 2,517.29 | 284.90 |
| 002 | ELMHURST COLLEGE | 190.05 | 21.51 |
| 003 | LTD COMMODITIES | 156.45 | 17.71 |
| 004 | UNITED STATES DEPT OF EDUCATION | 3,947.73 | 446.80 |
| 005 | ROUNDUP FUNDING, LLC | 1,390.69 | 157.40 |
| 006 | 1ST FINANCIAL BANK | 4,555.29 | 515.56 |
| 007 | ROUNDUP FUNDING, LLC | 1,616.46 | 182.95 |
| 008 | ROUNDUP FUNDING LLC | 1,707.50 | 193.25 |
| 009 | FIA CARD SERVICES NA | 3,497.72 | 395.86 |
| | | TOTAL | $ 2,215.94 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL           $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL           $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL           $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL           $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____     _____
                                        DAVID GROCHOCINSKI, TRUSTEE

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08B-01998 JS  **Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE
**Case Name:** KIMBLE, KIMBERLY G  **Filed (f) or Converted (c):** 01/30/08 (f)
  **§341(a) Meeting Date:** 03/12/08
**Period Ending:** 12/31/08  **Claims Bar Date:** 01/20/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING/SAVINGS | 578.00 | 0.00 | | 0.00 | FA |
| 2 | MISC FURNITURE | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | NECESSARY CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 4 | PERSONAL INJURY CASE | 35,000.00 | 20,000.00 | | 25,468.94 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.67 | Unknown |
| 5 | **Assets** **Totals** (Excluding unknown values) | **$36,778.00** | **$20,000.00** | | **$25,471.61** | **$0.00** |

**Major Activities Affecting Case Closing:**
  WAITING FOR BAR DATE; REVIEWING CLAIMS

**Initial Projected Date Of Final Report (TFR):** December 31, 2009   **Current Projected Date Of Final Report (TFR):** June 30, 2009

Printed: 02/03/2009 10:03 AM  V.11.03

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08B-01998 JS  
**Case Name:** KIMBLE, KIMBERLY G  

**Taxpayer ID #:** 61-6365500  
**Period Ending:** 12/31/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****72-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/17/08 | {4} | JEROME SCHACHTER & ASSOC., LTD. | SETTLEMENT OF PERSONAL INJURY CASE | 1149-000 | 250.00 | | 250.00 |
| 10/17/08 | {4} | JEROME SCHACHTER & ASSOC., LTD. | SETTLEMENT OF PERSONAL INJURY CASE | 1149-000 | 25,218.94 | | 25,468.94 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.83 | | 25,469.77 |
| 11/05/08 | 1001 | KIMBERLY KIMBLE | EXEMPTION | 8100-002 | | 15,000.00 | 10,469.77 |
| 11/07/08 | 1002 | ILLINOIS DEPT. OF HEALTHCARE & FAMILY SERVICES | PAYMENT OF SECURED CLAIM PER ORDER OF 9/12/08 | 4220-000 | | 2,535.00 | 7,934.77 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.29 | | 7,936.06 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 7,936.61 |
| | | | **ACCOUNT TOTALS** | | 25,471.61 | 17,535.00 | $7,936.61 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,471.61 | 17,535.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,471.61** | **$2,535.00** | |

{} Asset reference(s)      Printed: 02/03/2009 10:03 AM    V.11.03

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 08B-01998 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | KIMBLE, KIMBERLY G | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****72-66 - Checking Account |
| Taxpayer ID #: | 61-6365500 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/31/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

```
        Net Receipts :          25,471.61
Less Payments to Debtor :       15,000.00
                              _____
        Net Estate :           $10,471.61
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****72-65** | 25,471.61 | 2,535.00 | 7,936.61 |
| **Checking # ***-*****72-66** | 0.00 | 0.00 | 0.00 |
| | $25,471.61 | $2,535.00 | $7,936.61 |

{} Asset reference(s)    Printed: 02/03/2009 10:03 AM    V.11.03

**PROFESSIONAL FEES AND EXPENSES**

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** |  |  |  |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 54.72 |  |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 3,862.50 |  |
|  |  |  | 3,917.22 |
| **Accountant for Trustee** |  |  | 0.00 |
| **Attorney for Debtor** |  |  | 0.00 |
| **Other Professionals** |  |  | 0.00 |
|  |  |  |  |
| TOTALS | $ 0.00 | $ 3,917.22 | $ 3,917.22 |

1