**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KIMBLE, KIMBERLY G<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08B-01998 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  DuPage County Courthouse
         505 N. County Farm Road Courtroom 4016
         Wheaton, Illinois 60187

    on:  **April 3, 2009**
    at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $       25,471.93

    b. Disbursements                           $       17,541.58

    c. Net Cash Available for Distribution     $        7,930.35

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Fees) | 0.00 | $1,797.19 | |

| | | |
|---|---|---|
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Expenses) | 0.00 | $54.72 |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Fees) | 0.00 | $3,862.50 |

5.	Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.	In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.	Claims of general unsecured creditors totaling $19,579.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 11.32%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | CHASE BANK USA | $ 2,517.29 | $ 284.90 |
| 002 | ELMHURST COLLEGE | $ 190.05 | $ 21.51 |
| 003 | LTD COMMODITIES | $ 156.45 | $ 17.71 |
| 004 | UNITED STATES DEPT OF EDUCATION | $ 3,947.73 | $ 446.80 |
| 005 | ROUNDUP FUNDING, LLC | $ 1,390.69 | $ 157.40 |
| 006 | 1ST FINANCIAL BANK | $ 4,555.29 | $ 515.56 |
| 007 | ROUNDUP FUNDING, LLC | $ 1,616.46 | $ 182.95 |
| 008 | ROUNDUP FUNDING LLC | $ 1,707.50 | $ 193.25 |
| 009 | FIA CARD SERVICES NA | $ 3,497.72 | $ 395.86 |

8.	Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.	The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee

      application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposed to abandon the following property at the hearing: books and records of the debtor.

Dated: **February 27, 2009**         For the Court,

                                    By: **KENNETH S. GARDNER**
                                        Kenneth S. Gardner
                                        Clerk of the United States Bankruptcy Court
                                        219 S. Dearborn Street; 7th Floor
                                        Chicago, IL 60604

Trustee:    DAVID GROCHOCINSKI, TRUSTEE
Address:    1900 RAVINIA PLACE
              ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | | |
|---|---|---|
| IN RE: | | CHAPTER 7 CASE |
| KIMBLE, KIMBERLY G | | |
| | | CASE NO. 08B-01998 JS |
| | | JUDGE JOHN SQUIRES |
| | Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1.  Trustee's compensation                          $       1,797.19

2.  Trustee's expenses                              $           0.00

                              TOTAL                 $       1,797.19

3.  Chapter 11 Trustee's compensation               $           0.00

4.  Chapter 11 Trustee's expenses                   $           0.00

                              TOTAL                 $           0.00

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1.  Attorney for the Trustee
    a. Compensation                                 $       3,862.50

    b. Expenses                                     $          54.72

    c. Chapter 11 Compensation                      $           0.00

    d. Chapter 11 Expenses                          $           0.00

2.  Accountant for the Trustee
    a. Compensation                                 $           0.00

    b. Expenses                                     $           0.00

    c. Chapter 11 compensation                      $           0.00

    d. Chapter 11 Expenses                          $           0.00

3.       Other Professionals

                                                    TOTAL            $            3,917.22

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____ , 200 __ .

                          ENTERED  _____
                                    JOHN SQUIRES
                                    UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: Feb 27, 2009
Case: 08-01998                Form ID: pdf002             Total Served: 24
```

The following entities were served by first class mail on Mar 01, 2009.
```
db              +Kimberly G Kimble,    110 E. George   Street   #317,    Bensenville, IL 60106-3173
13019296        +1st Financial Bank,    c/o Creditors Bankruptcy Service,     P O Box 740933,      Dallas,Tx 75374-0933
11912217         1st Financial Bank,    P.O.  Box  1100,    North Sioux City, SD 57049-1100
11912218        +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
11912219        +Bk Of Amer,    Po Box 1598,    Norfolk, VA 23501-1598
12830332        +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
11912220        +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12234393        +Elmhurst College,    Office of Student Accounts,     190 Prospect Avenue,    Elmhurst, IL 60126-3271
11912221         Express,    P.O. Box 659728,    San Antonio, TX 78265-9728
13051599         FIA CARD SERVICES, NA/BANK OF AMERICA,    by American InfoSource LP as its agent,     PO Box 248809,
                  Oklahoma City, OK  73124-8809
11912222        +First Financial Bank Usa,    363 W Anchor Dr,    Dakota Dunes, SD 57049-5154
11912223        +Gdyr/cbsd,    Po Box 9714,    Gray, TN 37615-9714
11912224         Goodyear Credit Card Plan,    processing Center,    Des Moines, IA 50364-0001
11912225        +Hsbc/bstby,    Pob 15521,    Wilmington, DE 19850-5521
12234394        +LTD Commodities,    2800 Lakeside Drive,    Bannockburn, IL 60015-1280
11912227        +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
11912228         US Cellular,    p.o.  bOX  0203,    Palatine, IL 60055-7835
12970558         United States Department of Education,     Direct Loan Servicing Center,     P.O. Box 5609,
                  Greenville, TX 75403-5609
11912229        +Us Dept Of Education,    501 Bleecker St,    Utica, NY 13501-2401
11912230       ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
                 (address filed with court: Von Maur,    6565 Brady,    Davenport, IA 52806)
11912231        +Wfnnb/expres,    Po Box 330066,    Northglenn, CO 80233-8066
11912232        +Wfnnb/vctria,    Po Box 182128,    Columbus, OH 43218-2128
```

The following entities were served by electronic transmission on Feb 28, 2009.
```
11912226         +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2009 02:03:51     Jc Penney,    Po Box 981402,
                  El Paso, TX 79998-1402
12972717          E-mail/PDF: BNCEmails@blinellc.com Feb 28 2009 03:35:01     Roundup Funding, LLC,   MS 550,
                  PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 2
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2009**               **Signature:** *Joseph Speetjens*